# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>GONZALO RODRIGUEZ-MENDOZA,<br><br>　　　　　　　　Defendant. | CASE NO. 15cr2212-JLS<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

8:1326(a)&(b) - Attempted Reentry of Removed Alien (1); 18:1546(a) - Fraud and Misuse of Visas, Permits and Other Documents (2);

8:1325 - Improper Entry by an Alien (Felony) (3)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/3/15



Bernard G. Skomal
U.S. Magistrate Judge

FILED
DEC 0 3 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY